# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DARRYL F. ALLEN** a/k/a **DARRYL ALLEN,**
Appellant,

v.

**U.S. BANK, N.A.,** as Trustee for **CITIGROUP MORTGAGE LOAN TRUST INC., SERIES 2005-9,**
Appellees.

No. 4D22-2472

[August 10, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18-009686.

Michael L. Buckner of Buckner Legal Self-Help Program, Inc., Coral Springs, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee U.S. Bank, N.A.

Tricia J. Duthiers of Liebler Gonzalez & Portuondo, Miami, for appellee Truist Bank.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***